No. 79–408.  CITY OF MILWAUKEE ET AL. v. ILLINOIS ET AL.
C. A. 7th Cir.  Motions of Mid-America Legal Foundation
and Association of Metropolitan Sewerage Agencies et al. for
leave to file briefs as *amici curiae* and certiorari granted.

No. 79–855.  DIAMOND, COMMISSIONER OF PATENTS AND
TRADEMARKS v. BRADLEY ET AL.  C. C. P. A.  Certiorari
granted and case set for oral argument in tandem with No.
79–1112, *Diamond* v. *Diehr, infra.*

No. 79–1068.  EQUAL EMPLOYMENT OPPORTUNITY COMMIS-
SION v. ASSOCIATED DRY GOODS CORP.  C. A. 4th Cir.  Cer-
tiorari granted.  MR. JUSTICE POWELL took no part in the
consideration or decision of this petition.

No. 79–1112.  DIAMOND, COMMISSIONER OF PATENTS AND
TRADEMARKS v. DIEHR ET AL.  C. C. P. A.  Certiorari granted
and case set for oral argument in tandem with No. 79–855,
*Diamond* v. *Bradley, supra.*

No. 79–1127.  ESTELLE, CORRECTIONS DIRECTOR v. SMITH.
C. A. 5th Cir.  Motion of respondent for leave to proceed
*in forma pauperis* and certiorari granted.

No. 79–5949.  WATKINS v. BORDENKIRCHER, WARDEN; and
No. 79–5951.  SUMMITT v. BORDENKIRCHER, WARDEN.
C. A. 6th Cir.  Motions of petitioners for leave to proceed
*in forma pauperis* granted.  Certiorari in No. 79–5949 granted
limited to Question 1 presented by the petition.  Certiorari
in No. 79–5951 granted.  Cases consolidated and a total of
one hour allotted for oral argument.